# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| American Minerals, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Restad Family LLP, | ) | Case No. 1:18-cv-204 |
| | ) | |
| Defendant. | ) | |

The court **GRANTS** the parties' request for a status conference (Doc. No. 29). A status conference by telephone shall be scheduled for November 18, 2019, at 1:30 p.m. CST. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 13th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court