# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| American Minerals, LLC, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Restad Family, LLLP, | ) | Case No. 1:18-cv-204 |
| Defendant. | ) | |

The court held a status conference in the above-captioned action by telephone on November 18, 2019. The court was advised that the parties making affirmative claims have provided the names of expert witnesses and complete reports under Rule 26(a)(2). Pursuant to its discussion with the parties, the court **ORDERS** that the parties shall provide the names of response and rebuttal of expert witnesses and complete reports under Rule 26(a)(2) as follows:

a. Responses: January 9, 2020; and

b. Rebuttals: February 12, 2020.

Dated this 18th day of November, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court